# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| JOHN HALL, Individually and for Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>DOMINION ENEGY, INC., STRATEGIC CONTRACT RESOURCES, LLC, and VIRGINIA ELECTRIC AND POWER COMPANY<br><br>    Defendants, | Case No. 3:18-cv-00321-JAG<br><br>Collective Action<br><br>Jury Trial Demanded |

## PLAINTIFF'S UNOPPOSED MOTION TO FILE SUPPLEMENTAL EXHIBIT 3

  Plaintiff, John Hall's Memorandum in Support of Motion for Conditional Certification [No. 36] included an Exhibit 3, Mr. Hall's pay records, which had been produced by Defendant marked "confidential" and, as such, required discussions among counsel prior to the filing of same or, alternatively, adherence to the Local Rule 5 requirement for filing of sealed documents. After consultation, counsel for Defendants has withdrawn the "confidential" designation. As such, the undersigned requests leave to supplement our filing with the attached Exhibit 3.

  Defendants do not oppose this motion.

Dated:  October 17, 2018      Respectfully Submitted,

                JOHN HALL, Individually and for Others Similarly Situated

                By: */s/ Harris D. Butler*
                Harris D. Butler (VSB No. 26483)
                Zev H. Antell (VSB No. 74634)
                **BUTLER ROYALS, PLC**
                140 Virginia Street, Suite 302
                Richmond, Virginia 23219
                804-648-4848 – Telephone
                804-237-0413 – Facsimile

        Email: harris.butler@butlerroyals.com
              zev.antell@butlerroyals.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew Dunlap
Texas Bar No. 24078444
Richard M. Schreiber
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
Email: mjosephson@mybackwages.com
       adunlap@mybackwages.com
       rschreiber@mybackwages.com
(admitted *pro hac vice*)


Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
Email: rburch@brucknerburch.com
(admitted *pro hac vice*)

*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October, 2018, I electronically filed the foregoing, using the CM/ECF system, which will send notification of such filing to the following:

>Jimmy F. Robinson, Jr., Esquire (VSB No. 43622)
>jimmy.robinson@ogletreedeakins.com
>J. Clay Rollins (VSB No. 84382)
>clay.rollins@ogletreedeakins.com
>Bret G. Daniel, Esquire (VSB No. 92189)
>bret.daniel@ogletreedeakins.com
>Ogletree, Deakins, Nash, Smoak & Stewart
>901 East Byrd Street, Suite 1300
>Riverfront Plaza, West Tower
>Richmond, Virginia  23219

>By: */s/ Harris D. Butler*
>Harris D. Butler (VSB No. 26483)
>BUTLER ROYALS, PLC
>140 Virginia Street, Suite 302
>Richmond, Virginia 23219
>Telephone (804) 648-4848
>Facsimile (804) 237-0413
>Email:  harris.butler@butlerroyals.com