IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN HALL,
        Plaintiff,

v.                           Civil Action No. 3:18-cv-321

DOMINION ENERGY, INC., et al.,
        Defendants.

## ORDER

This matter comes before the Court on the defendant Dominion Energy, Inc.'s ("Dominion"), second motion for a protective order. (Dk. No. 62.) Dominion filed its motion on December 18, 2018, at 10:09 p.m., complaining about the content and scope of various topics listed in the plaintiff's Rule 30(b)(6) notice for a deposition scheduled for the following morning at 8:00 a.m. Dominion filed its motion for a protective order too late, and the Court thus DENIES the motion.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: <u>19 Dec. 2018</u>
Richmond, VA

                                          /s/
                                  John A. Gibney, Jr.
                                  United States District Judge