**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| JOHN HALL, Individually and for Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DOMINION ENEGY, INC., STRATEGIC CONTRACT RESOURCES, LLC, and VIRGINIA ELECTRIC AND POWER COMPANY <br><br> Defendants, | Case No. 3:18-cv-00321-JAG <br><br> Collective Action <br><br> Jury Trial Demanded |

**PLAINTIFF JOHN HALL'S MOTION TO COMPEL
COMPLIANCE WITH THIRD PARTY SUBPOENA – SYSTEM ONE HOLDINGS**

Plaintiff John Hall ("Hall"), on behalf of himself and all other similarly situated, hereby moves the Court for an order compelling System One Holdings, LLC ("System One") to respond to the third party subpoena served on March 5, 2019.

Dated: March 29, 2019

Respectfully Submitted,

JOHN HALL, Individually and for Others Similarly Situated

By: */s/ Harris D. Butler*
Harris D. Butler (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
**BUTLER ROYALS, PLC**
140 Virginia Street, Suite 302
Richmond, Virginia 23219
804-648-4848 – Telephone
804-237-0413 – Facsimile
Email: harris.butler@butlerroyals.com
zev.antell@butlerroyals.com

Michael A. Josephson
Texas Bar No. 24014780

<div style="margin-left:auto">

Andrew Dunlap
Texas Bar No. 24078444
Richard M. Schreiber
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
Email: mjosephson@mybackwages.com
       adunlap@mybackwages.com
       rschreiber@mybackwages.com
(admitted *pro hac vice*)

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
Email: rburch@brucknerburch.com
(admitted *pro hac vice*)

Attorneys for Plaintiff

</div>

## CERTIFICATE OF CONFERENCE

I conferred with counsel on March 26 and 27, 2019, regarding these requests and System One was unwilling to amend or supplement their objection to the subpoena *duces tecum*.

<div style="margin-left:auto">

*/s/ Andrew W. Dunlap*
Andrew W. Dunlap

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2019, I electronically filed the foregoing, using the CM/ECF system, and provided notice per the Federal Rules of Civil Procedure:

>Jimmy F. Robinson, Jr., Esquire (VSB No. 43622)
>jimmy.robinson@ogletreedeakins.com
>J. Clay Rollins (VSB No. 84382)
>clay.rollins@ogletreedeakins.com
>Bret G. Daniel, Esquire (VSB No. 92189)
>bret.daniel@ogletreedeakins.com
>Ogletree, Deakins, Nash, Smoak & Stewart
>901 East Byrd Street, Suite 1300
>Riverfront Plaza, West Tower
>Richmond, Virginia 23219
>
>Stephanie K. Rawitt
>srawitt@clarkhill.com
>Clark Hill PLC
>One Commerce Square
>2005 Market St., Suite 1000
>Philadelphia, Pennsylvania 19103

>By: */s/ Harris D. Butler*
>Harris D. Butler (VSB No. 26483)
>BUTLER ROYALS, PLC
>140 Virginia Street, Suite 302
>Richmond, Virginia 23219
>Telephone (804) 648-4848
>Facsimile (804) 237-0413
>Email: harris.butler@butlerroyals.com