AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| John Hall Individually and for Others Similarly Situate ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 3:18-cv-00321-JAG |
| Dominion Energy, Inc., et al. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

System One Holdings, LLC.

Date: 04/12/2019

/s/ J. William Eshelman
*Attorney's signature*

J. William Eshelman, Esq. (VSB No. 17583)
*Printed name and bar number*

Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
*Address*

weshelman@clarkhill.com
*E-mail address*

(202) 552-2374
*Telephone number*

(202) 572-8692
*FAX number*