IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN HALL,
                Plaintiff,

v.                                              Civil Action No. 3:18-cv-321

DOMINION ENERGY, INC., et al.,
                Defendants.

## ORDER

This matter comes before the Court on the parties' updated joint motion to stay the case and status report.  (Dk. No. 76.)  Upon due consideration, the Court GRANTS the motion. Accordingly, the Court EXTENDS the stay in this case until June 24, 2019.  The parties shall proceed as set forth in their joint motion.  The Court DIRECTS the parties to file a joint status report by June 24, 2019.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 26 April 2019
Richmond, VA

                                        /s/
                                        John A. Gibney, Jr.
                                        United States District Judge