**IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| JOHN HALL, Individually and for Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 3:18-cv-00321-JAG ) ) |
| DOMINION ENERGY, INC., *et al.* | ) ) |
| Defendants. | ) ) ) |

**SYSTEM ONE HOLDINGS, LLC'S MOTION TO RECONSIDER
THE COURT'S ORDER GRANTING HALL'S MOTION TO COMPEL
COMPLIANCE WITH THIRD PARTY SUBPOENA – SYSTEM ONE HOLDINGS**

System One Holdings, LLC ("System One"), by and through its attorneys, Clark Hill PLC, hereby appears specially and solely for the purpose of motioning this Court to reconsider its April 26, 2019 Order (Dkt. 78) granting "Plaintiff John Hall's Motion to Compel Compliance with Third Party Subpoena – System One Holdings" (Dkt. 70 & 71) (hereafter referred to as the "Motion to Compel") in the above-captioned matter, by denying the Motion to Compel, for the reasons stated in the Brief that is being concurrently filed with this Motion.

Date: May 1, 2019                                Respectfully Submitted,

                                                 System One Holdings, LLC

                                                 /s/ J. William Eshelman
                                                 J. William Eshelman, Esq. (VSB No. 17583)
                                                 Clark Hill PLC
                                                 1001 Pennsylvania Avenue, N.W.
                                                 Suite 1300 South
                                                 Washington, DC  20004
                                                 Telephone:  (202) 552-2374
                                                 Facsimile:  (202) 572-8692
                                                 Email:      weshelman@clarkhill.com

221555348.4 89600/181301