IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOHN HALL,
          Plaintiff,

v.                                                Civil Action No. 3:18-cv-321

DOMINION ENERGY, INC., et al.,
          Defendants.

## **ORDER**

This matter comes before the Court on the parties' updated joint motion to stay the case and status report filed on June 12, 2019. (Dk. No. 83.) In the parties' previous status report, the parties indicated that they reached "a framework for an opt-in, claims-made reversionary settlement encompassing the 386 workers identified during mediation." (Dk. No. 76, at 1.) The parties further agreed to gain approval from the necessary business units of Dominion Energy, Inc. ("Dominion"), by June 16, 2019. Finally, the parties indicated that they would execute a final settlement agreement by July 16, 2019. The Court extended the stay, ordered the parties to proceed as set forth in their status report, and directed the parties to file a joint status report by June 24, 2019. (*See* Dk. No. 77.)

In the June 12, 2019 status report, the parties request "additional time to verify data and confirm proper allocation of damages to the putative class members in order for Dominion to make a final ratification decision." (Dk. No. 83, at 2.) Accordingly, the parties ask the Court to extend Dominion's deadline to approve the agreement from June 16, 2019, to June 30, 2019. The parties also ask the Court to extend the deadline to execute a final settlement agreement from July 16, 2019, to July 30, 2019. Finally, the parties suggest that the plaintiff will file a motion for approval

of the settlement agreement within thirty business days after the parties execute the settlement agreement.

Upon due consideration, the Court GRANTS IN PART the updated joint motion to stay. (Dk. No. 83.) Dominion shall make its ratification decision by **June 24, 2019**. The parties shall execute a final settlement by **July 23, 2019**. The plaintiff shall file a motion for approval of the settlement agreement within **seven (7) days** after the parties execute the settlement agreement. The Court EXTENDS the stay in this case until **July 1, 2019**. The parties shall file a joint status report by **July 1, 2019**.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 13 June 2019
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge