UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN HALL, Individually and for Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:18-cv-321 |
| DOMINION ENERGY, INC., STRATEGIC CONTRACT RESOURCES, LLC, and VIRGINIA ELECTRIC AND POWER COMPANY, | ) ) ) ) ) ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Plaintiff John Hall ("Plaintiff") and Defendants Dominion Energy, Inc., Strategic Contract Resources, LLC, and Virginia Electric and Power Company ("Defendants") (together, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff filed this case on May 14, 2018 in the United States District Court for the Eastern District of Virginia alleging that Defendant violated the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. ("FLSA") by failing to pay Plaintiff and similarly situated individuals an overtime premium for hours worked in excess of 40 hours per week. (ECF No. 1).

2. On December 27, 2018 and February 25, 2019, the Court stayed this action while the Parties participated in a full day of in-person mediation before an experienced mediator, Michael Dickstein on April 17, 2019. (ECF Nos. 66, 68).

3. At the conclusion of the mediation, the Parties reached an agreement concerning the material terms of a settlement, subject to ratification by Defendants.

4. On June 24, 2019, pursuant to the Court's Order dated June 3, 2019 (ECF No. 84), Defendants notified Plaintiff that they would ratify a settlement agreement according to the terms reached at mediation.

5. The Parties will use their best efforts to complete and execute a final Settlement Agreement by July 23, 2019, and for Plaintiff to file a Motion for Approval of the Settlement by July 30, 2019, per the Court's Order (ECF No. 84).

Dated: June 28, 2019

Respectfully Submitted,

JOHN HALL, Individually and for Others Similarly Situated

By: /s/ Harris D. Butler
Harris D. Butler (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
**BUTLER ROYALS, PLC**
140 Virginia Street, Suite 302
Richmond, Virginia 23219
804-648-4848 – Telephone
804-237-0413 – Facsimile
Email: harris.butler@butlerroyals.com
zev.antell@butlerroyals.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew Dunlap
Texas Bar No. 24078444
Richard M. Schreiber
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
Email: mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com
(admitted *pro hac vice*)

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, PLLC**

8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
Email: rburch@brucknerburch.com
(admitted *pro hac vice*)

*Counsel for Plaintiff*


DOMINION ENEGY, INC., STRATEGIC
CONTRACT RESOURCES, LLC, and VIRGINIA
ELECTRIC AND POWER COMPANY

By: /s/ *Jimmy F. Robinson, Jr.*

Jimmy F. Robinson, Jr., Esquire (VSB No. 43622)
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins (VSB No. 84382)
clay.rollins@ogletreedeakins.com
Bret G. Daniel, Esquire (VSB No. 92189)
bret.daniel@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, Virginia 23219

*Counsel for Defendants*

3

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 28th day of June, 2019, I electronically filed the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filing to counsel for Plaintiff:

| | | |
|---|---|---|
| Harris D. Butler<br>(VSB No. 26483)<br>harris.butler@butlerroyals.com<br>Zev H. Antell<br>(VSB No. 74634)<br>zev.antell@butlerroyals.com<br>BUTLER ROYALS, PLC<br>140 Virginia Street, Suite 302<br>Richmond, Virginia 23219<br>Tel.: (804) 648-4848<br>Fax: (804) 237-0413 | Michael A. Josephson<br>(Tex. Bar No. 24014780)<br>mjosephson@mybackwages.com<br>Richard M. Schreiber<br>(Tex. Bar No. 24056278)<br>rschreiber@mybackwages.com<br>Andrew Dunlap<br>(Tex. Bar No. 24078444)<br>adunlap@mybackwages.com<br>JOSEPHSON DUNLAP<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Tel.: (713) 352-1100<br>Fax: (713) 352-3300<br>[Admitted *Pro Hac Vice*] | Richard J. (Rex) Burch<br>(Tex. Bar No. 24001807)<br>rburch@brucknerburch.com<br>BRUCKNER BURCH, PLLC<br>8 Greenway Plaza, Suite 1500<br>Houston, Texas 77046<br>Tel.: (713) 877-8788<br>Fax: (713) 877-8065<br>[Admitted *Pro Hac Vice*] |

        *Counsel for Plaintiff*

**DOMINION ENERGY, INC.;**
**VIRGINIA AND ELECTRIC POWER**
**COMPANY; and STRATEGIC**
**CONTRACT RESOURCES, LLC**

By   */s/ Jimmy F. Robinson, Jr.*
Jimmy F. Robinson, Jr., Esquire
Virginia State Bar Number 43622
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins, Esquire
Virginia State Bar Number 84382
clay.rollins@ogletreedeakins.com
Bret G. Daniel, Esquire
Virginia State Bar Number 92189
bret.daniel@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA  23219
Tel.:   (804) 663-2330
Fax:   (855) 843-1809
  *Counsel for Defendant*