UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN HALL, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DOMINION ENERGY, INC., STRATEGIC CONTRACT RESOURCES, LLC, and VIRGINIA ELECTRIC AND POWER COMPANY,<br><br>Defendants. | Case No. 3:18-cv-321 |

## ORDER

Before the Court is Plaintiff's Motion to Extend Deadlines to File Settlement Approval Documents. Having carefully reviewed and considered the Motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Deadlines to File Settlement Approval Documents is GRANTED. The Parties shall have until August 9, 2019 to execute the Settlement Agreement and until August 15, 2019 for Plaintiff to file the Motion to Approve Settlement. It is so ORDERED.

ORDERED this 31st day of July, 2019

/s/
John A. Gibney, Jr.
UNITED STATES DISTRICT JUDGE