**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| JOHN HALL, Individually and for Others Similarly Situated, | Case No. 3:18-cv-00321-JAG |
| Plaintiff, | Collective Action |
| v. | Jury Trial Demanded |
| DOMINION ENERGY, INC., STRATEGIC CONTRACT RESOURCES, LLC, and VIRGINIA ELECTRIC AND POWER COMPANY | |
| Defendants. | |

**ORDER GRANTING APPROVAL OF**
**FLSA SETTLEMENT**

On _____, 2019, the Court heard the Parties' consent motion for approval of an FLSA settlement by Named Plaintiff, John Hall, on behalf of himself and all others similarly situated, and Defendants. The Court has considered the Settlement Agreement and its exhibit/tables, including the Notice Materials, and the submissions of Counsel, and hereby finds and orders as follows:

1. The Court finds that the settlement memorialized in the Settlement Agreement, and filed with the Court falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court grants approval of the Parties' Settlement Agreement.

3. The Court approves the full and final extinguishment of the Released Federal Law Claims of the Class Members as set forth in the Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (FLSA).

4. The Court appoints, for settlement purposes only, Josephson Dunlap, LLP, Bruckner Burch, PLLC, and Butler Royals PLC, as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

5. This Court approves JND Legal Administration as Settlement Administrator to perform duties in accordance with the terms of the Settlement Agreement.

6. The Notice to be provided as set forth in the Settlement Agreement is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed settlement. The Notice is accurate, objective, and informative and provides the FLSA Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

7. The Notice of Settlement of FLSA Lawsuit, attached to the Settlement Agreement as Exhibit 1, is approved. The Settlement Administrator is authorized to mail those documents to the Class Members as provided in the Settlement Agreement.

8. Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendants or the Released Parties have engaged in any wrongdoing.

9. The Court further dismisses this lawsuit brought herein, by Plaintiff on behalf of himself and all others similarly situated, with prejudice.

IT IS SO ORDERED.

Dated: _____, 2019

_____
United States District Court Judge

39656490.1