IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| JOHN HALL,<br>Plaintiff,<br><br>v.<br><br>DOMINION ENERGY, INC., *et al.*,<br>Defendants. | Civil Action No. 3:18CV321 (JAG-RCY) |

## ORDER

This matter is before the Court for resolution of the Parties' Joint Motion to Amend Notice to Certain Settlement Class Members in the Parties' Settlement Agreement (ECF No. 95), pursuant to the referral by United States District Judge John A. Gibney, Jr. of all issues related to interpretation, implementation, and enforcement of the settlement agreement that may arise. (ECF No. 91).

Upon consideration of the Parties' Joint Motion to Amend Notice to Certain Settlement Class Members in the Parties' Settlement Agreement (ECF No. 95), the Court GRANTS the Motion, thereby allowing amended notice. For the Settlement Class Members for whom the Parties lack sufficient contact information and/or personal data, notice via a claim form and a statement of their pro rata settlement amount will be permitted.

The Clerk is directed to send a copy of this Order to all counsel of record and to any party not represented by counsel.

It is so ORDERED.

/s/ _____
Roderick C. Young
United States Magistrate Judge

Richmond, Virginia
Date: February 19, 2020