**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| JOHN HALL, Individually and for Others Similarly Situated,<br><br>v.<br><br>DOMINION ENEGY, INC. and STRATEGIC CONTRACT RESOURCES, LLC | Case No. 3:18-cv-00321-JAG<br><br>Collective Action |

## STIPULATED ORDER REGARDING NON-COMPLIANT VENDORS

It is hereby stipulated and agreed to by and between the undersigned counsel for all Parties to this action as follows:

1. A case management settlement conference is scheduled for _____, 2020, at _____ a.m./p.m. The conference will be held telephonically and will be initiated by Plaintiff's Counsel. Required to attend the conference are all Parties and third party vendors that compensated Settlement Class Members for services performed for Dominion Energy, who have not provided the Parties with the necessary contact information. The third party vendors who have not produced the necessary contact information are as follows:

    a. System One Holdings, LLC

    b. TalentBurst, Inc.

2. The Parties shall exercise reasonable efforts to provide a copy of this Order to all third parties identified above and notify them of their obligation to attend the conference telephonically. Should any of the third parties produce the necessary contact information before the scheduled conference, the Parties are to notify the Court immediately.

SO ORDERED:


Dated: _____   _____
U.S. Magistrate Judge, District of Virginia

Dated: March 26, 2020                                   Respectfully Submitted,

**JOHN HALL, Individually and for Others Similarly Situated**

By: /s/ *Zev H. Antell*
Harris D. Butler (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
**BUTLER ROYALS, PLC**
140 Virginia Street, Suite 302
Richmond, Virginia 23219
804-648-4848 – Telephone
804-237-0413 – Facsimile
Email: harris.butler@butlerroyals.com
zev.antell@butlerroyals.com

Michael A. Josephson
Texas Bar No. 24014780
Andrew Dunlap
Texas Bar No. 24078444
Richard M. Schreiber
Texas Bar No. 24056278
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
Email: mjosephson@mybackwages.com
adunlap@mybackwages.com
rschreiber@mybackwages.com
(admitted *pro hac vice*)

Richard J. (Rex) Burch
Texas Bar No. 24001807
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
Email: rburch@brucknerburch.com
(admitted *pro hac vice*)
*Class Counsel*

**DOMINION ENERGY, INC.;
VIRGINIA AND ELECTRIC POWER
COMPANY; and STRATEGIC
CONTRACT RESOURCES, LLC**

By /s/ *Bret G. Daniel*
Jimmy F. Robinson, Jr., Esquire
Virginia State Bar Number 43622
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins, Esquire
Virginia State Bar Number 84382
clay.rollins@ogletreedeakins.com
Bret G. Daniel, Esquire
Virginia State Bar Number 92189
bret.daniel@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, VA 23219
Tel.: (804) 663-2330
Fax: (855) 843-1809

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2020, I electronically filed the foregoing, using the CM/ECF system, and provided notice per the Federal Rules of Civil Procedure:

Jimmy F. Robinson, Jr., Esquire
jimmy.robinson@ogletreedeakins.com
J. Clay Rollins
clay.rollins@ogletreedeakins.com
Bret G. Daniel, Esquire
bret.daniel@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart
901 East Byrd Street, Suite 1300
Riverfront Plaza, West Tower
Richmond, Virginia 23219

*By: /s/ Zev H. Antell*
Harris D. Butler (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
BUTLER ROYALS, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone (804) 648-4848
Facsimile (804) 237-0413
Email: harris.butler@butlerroyals.com
zev.antell@butlerroyals.com